(131 So. 925)

H. E. POWELL v. J. S. WITTIMER.
6 Div. 832.

Court of Appeals of Alabama.
Nov. 28, 1930.

PER CURIAM.

Appeal dismissed for want of prosecution.

(138 So. 924)

J. W. POWELL v. STATE.
1 Div. 13.

Court of Appeals of Alabama.
Dec. 15, 1931.

Harry Seale, of Mobile, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, J.

Defendant was convicted on a charge of violating the prohibition law, and he appeals.

The evidence is conflicting. This makes a jury question. There is no error prejudicial to the defendant, and the judgment is affirmed.

Affirmed.

(130 So. 925)

Homer PRESCOTT v. STATE.
4 Div. 712.

Court of Appeals of Alabama.
Nov. 11, 1930.

RICE, J.
Appeal dismissed.

(137 So. 924)

Walter PRIDGEN v. STATE.
4 Div. 837.

Court of Appeals of Alabama.
Nov. 10, 1931.

RICE, J.
Affirmed.

(134 So. 923)

M. P. PRUITT v. STATE.
8 Div. 318.

Court of Appeals of Alabama.
May 26, 1931.

RICE, J.
Affirmed.